AO 91 (Rev. 08/09) Criminal Complaint

**FILED**
~~UNITED STATES DISTRICT COURT~~
ALBUQUERQUE, NEW MEXICO

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

DEC 1 6 2013

**MATTHEW J. DYKMAN**
**CLERK**

| | |
|---|---|
| United States of America<br>v.<br><br>Robert MULLEN,<br>Year of Birth: 1953<br>SSN: xxx-xx-7234<br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)<br>)  13mj 3849<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __08/12/2013 to 12/11/2013__ in the county of __Bernalillo__ in the __Judicial__ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, USC, Section 2252(a)(2) and 2252(a)(4)(b) | Reciept and Possession of Visual Depictions of Minors Engaged in Sexually Explicit Conduct |

This criminal complaint is based on these facts:

During a period on or about between 08/12/2013 to 12/11/2013, in the district of New Mexico, Robert MULLEN recieved and possessed visual depictions of minors engaged in sexually explicit conduct in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(a)(4)(b).

☑ Continued on the attached sheet.

*Complainant's signature*

Eric C. Bonza, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: December 16, 2013

*Judge's signature*

City and state: Albuquerque, New Mexico

Karen B. Molzen, United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Eric Bonza, being duly sworn, hereby declare and state as follows:

Your Affiant is a Special Agent with the Department of Homeland Security, Homeland Security Investigations, hereafter referred to as HSI, and has been employed by HSI as such since December 2010. Your Affiant is currently assigned to the Assistant Special Agent in Charge, Albuquerque, NM where your Affiant is assigned to investigate individuals involved in the exploitation of minors including violations of Title 18, United States Code, Section 2252. Your Affiant has worked many child pornography and child exploitation investigations and has been trained in the investigation of computer related child exploitation and child pornography cases by the Department of Homeland Security and the Internet Crimes Against Children Task Force. Your Affiant has successfully completed the Internet Crimes Against Children Undercover Chat Investigations and Peer to Peer Investigation courses. Your Affiant has been invited to speak at multiple law enforcement conferences on the subject of child exploitation, including the 2013 Crimes Against Children Conference in Dallas, Texas. During the investigation of these child exploitation related cases, your Affiant has executed, or participated in the execution of numerous search warrants and seized evidence of these violations.

Your Affiant successfully completed eleven weeks of Criminal Investigator Training at the Federal Law Enforcement Training Center (FLETC) and received the Academic Honors Award for this program. In addition, your Affiant completed eleven weeks of Special Agent Training with Immigration and Customs Enforcement, also at FLETC. Your Affiant holds a Bachelor's Degree in History and Secondary Education from the University of Michigan, and a Master's of Science Degree in Intelligence Analysis from the University of Detroit Mercy.

The following information relating to the investigation of Robert MULLEN (YOB: 1953, SSN: xxx-xx-7234) is personally known to me based on my own investigation, training and experience, including my review of investigative reports, or has been related to me by other individuals, including law enforcement officers involved in the investigation whom your Affiant believes to be reliable. Based on the following information, there is probable cause to believe that MULLEN received and possessed visual depictions of minors engaged in sexually explicit conduct (hereafter "child pornography") in violation of Title 18, United States Code, Sections 2252 (a)(2) and 2252(a)(4)(B).

### Applicable Statutes

According to 18 U.S.C. Section 2252(a)(2), it is a federal crime for a person to "knowingly receive...any visual depiction [of a minor engaged in sexually explicit conduct] using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce,

1

or which contains materials which have been mailed or so shipped or transported, by any means including by computer...."

According to 18 U.S.C. Section 2252(a)(4)(B), it is a federal crime for a person to "knowingly possesses, or knowingly accesses with intent to view...[any] matter which contain any visual depiction [of minors engaged in sexually explicit conduct] that has been mailed, or has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported by any means including by computer...."

## Summary of Investigation

According New Mexico Attorney General's Office Special Agent Owen Pena, on Saturday, August 24, 2013, he was conducting investigations into the sharing of "Child Pornography " files on the Ares P2P file sharing network. At this time, he identified a computer with the IP address 174.56.21.133 (Port: 50582) as a potential download candidate (source) for at least 5 file(s) of investigative interest. He directed his investigation to this computer at IP address 174.56.21.133 as it had been recently detected associated with investigative files of interest by investigator(s) conducting keyword searches or hash value searches for files related to child abuse material including child pornography on the ARES network.

According to Pena, during the investigation the Ares client P2P program on the computer with the IP address **174.56.21.133**, reported its version as 2.1.7.3041. This client program also reported its ARES nickname as: bob@Ares.

According to Pena, on August 24, 2013 a query on the IP address **174.56.21.133** was conducted through the American Registry for Internet Numbers (ARIN). He received information that the IP address **174.56.21.133** is registered to Comcast Cable Communications, Inc.

According to Special Agent Pena, on August 24, 2013, between 1415 hours and 1436 hours MST, he successfully completed the single-source download of the following 1 file(s) that the computer at IP address **174.56.21.133** was making available:

Special Agent Pena was able to complete a direct download of a file with the SHA-1 value of, "HKFD...", named, **"hidden,spycam,homeclips,amateur,handjobs,pthc,kingpass,ordofthering,liluplanet,hussyfan,moscow,petersburg,vicky,webcam,my.mpg"**. Special Agent Pena looked at this file and noted it does contain graphic images depicting minors engaged in sexually explicit conduct. Your Affiant also viewed the file and confirmed the following description.

2

- This color video or movie is 2 minutes and 1 second in length. This video depicts a pubescent female or girl lying on a bed and wearing just a pair of panties. The girl is playing with her breasts with her left hand and masturbating her vagina through her panties with her right hand. In the lower left corner of the video is the following logo in white letters: "Shown At Homeclips.com". Based on what is shown on the video, it is difficult to know the girl's exact age.

According to Special Agent Pena, on Sunday, September 22, 2013, between 1310 hours and 1313 hours MST, he successfully completed the single-source download of the following 1 file(s) that the computer at IP address **174.56.21.133** was making available:

Special Agent Pena was able to complete a direct download of a file with the SHA-1 value of, "E7CA...", named, " **dsc06569(2)(2)(2).jpg**". Special Agent Pena looked at this file and noted it does contain graphic images depicting minors engaged in sexually explicit conduct. Your Affiant also viewed the file and confirmed the following description.

- This color .jpg image file depicts a naked pre-pubescent female or girl inserting a red-colored object into her vagina. The object appears to be a cigar case or an object similar in size and shape. I believe this young girl to be between 7 and 10 years of age, due to her body size comparison and no pubic development.

According to Special Agent Pena, On Sunday, November 3, 2013, between 2222 hours and 2258 hours MST, he successfully completed the single-source download of the following 1 file(s) that the computer at IP address **174.56.21.133** was making available:

Special Agent Pena was able to complete a direct download of a file with the SHA-1 value of, "DVQJ...", named, "**441.mpg**". Special Agent Pena looked at this file and noted it does contain graphic images depicting minors engaged in sexually explicit conduct. Your Affiant also viewed the file and confirmed the following description.

- This color video or movie is 1 minute and 16 seconds in length. This video depicts a pre-pubescent female or girl, who is naked from the waist down and whose vagina is exposed. At first the young girl is masturbating an adult male's penis and then the adult male starts masturbating his own penis, while up close to the young girl's vaginal area. The adult male then rubs his penis up against the young girl's vagina. The adult male again starts masturbating his penis until he ejaculates on the young girl's vagina. I believe this young girl to be between 7 and 10 years of age, due to her body size comparison and no pubic development.

According to Special Agent Pena, On Wednesday, October 30, 2013 at or about 1315 hrs, he obtained a Grand Jury Subpoena Duces Tecum for Comcast Cable and for IP address **174.56.21.133**; with the assistance of Assistant Attorney General Shannon Murdock. He then faxed the Grand Jury Subpoena Duces Tecum to Comcast Cable.

3

According to Special Agent Owen Pena, on Monday, November 4, 2013; he received sought after information from Comcast Cable. Comcast Cable responded back with the subscriber information for IP Address **174.56.21.133** and which showed the subscriber information as follows:
Subscriber Name: **Robert Mullen**
Service Address: 836 Kipuka Drive NW, Albuquerque, NM, 87120
Telephone #: 580-591-6066
Start of Service: 08/12/2013
E-mail User IDs: robertmullen836 (end in @comcast.net)
MAC Address: 7c:b2:1b:aa:94:94
IP Address History: **174.56.21.133**
Account Status: Active

Your Affiant conducted a law enforcement record check, including CLEAR on 836 Kipuka Drive NW, Albuquerque, NM 87120, and confirmed that Robert MULLEN is in fact currently associated with this address.

On Monday, November 27, 2013, Affiant conducted surveillance at 836 Kipuka Drive NW, Albuquerque, NM 87120, locating the residence and confirming its location.

On December 11, 2013, your Affiant participated in the execution of a state of New Mexico search warrant conducted by the Albuquerque Police Department at the property and premises located at 836 Kipuka Drive NW, Albuquerque, NM 87120. Numerous items of computer media were seized throughout the residence. In the residence, an HP Pavilion Desktop computer Serial Number 2MD234073M with a connected Seagate 1 TB Portable hard drive Serial Number 2GH5WMGT was located in a bedroom, identified as occupied by Robert MULLEN (Year of Birth: 1953, SSN: xxx-xx-7234).

On December 11, 2013, your Affiant and Detective Jake Storey with the Albuquerque Police Department Child Exploitation Detail interviewed Robert MULLEN at his residence, located at 836 Kipuka Drive NW, Albuquerque, NM 87120. Interviewing Agents told MULLEN that he was not under arrest and that he was free to leave at any time. In this recorded interview MULLEN relayed the following information: MULLEN stated he lived in the residence with his son Craig Mullen, his daughter-in-law Deserae Mullen, along with his juvenile grandson and juvenile granddaughter. MULLEN said he established a separate account and computer network through Comcast Communications from that of his son and daughter –in-law. MULLEN stated that he is the only one that has access to the HP Pavilion Desktop computer Serial Number 2MD234073M located in his bedroom. MULLEN stated that he has downloaded pornography involving children between the ages of 12 and 18 through the Peer-to-Peer (P2P) sharing system called ARES. MULLEN stated that he has downloaded numerous pornography files containing children 12 to 18 years of age involved in sexual situations through this system and has saved some of these files to his desktop computer and had deleted some files. MULLEN stated that he would delete any files that he deemed offensive, containing children younger than 12 in sexual situations.

4

The HP Pavilion Desktop computer Serial Number 2MD234073M with a connected Seagate 1 TB Portable hard drive Serial Number 2GH5WMGT was in his possession and was recovered during the execution of the search warrant in the room identified as Robert MULLEN's bedroom. MULLEN stated that he primarily used the computer located in his room to access the internet and that no other residents in the house accessed his computer. MULLEN said that he had downloaded the P2P sharing system called ARES to the specified HP Pavilion Desktop computer Serial Number 2MD234073M. MULLEN stated that he used the search terms "pthc", "videogirls" and would occasionally enter specific ages, such as "12yo" to find child pornography to download using ARES. MULLEN stated that he had begun downloading child pornography when he moved into 836 Kipuka Drive NW, Albuquerque, NM 87120 and possibly prior when he lived in Oklahoma. MULLEN was shown three separate screenshots of videos/images which were downloaded by SA Pena from the computer associated with I.P. address **174.56.21.133**, depicting images of child pornography. MULLEN acknowledged that he recognized one of the screenshots. MULLEN was also shown a list of filenames that the Internet Protocol Address assigned to his residence had been seen with as available for sharing over the past several months. MULLEN read through the list and acknowledged that files containing the term "pthc" and "12yo" were indicative of files that he might have downloaded. MULLEN stated that he was sexually aroused by female children between 12 and 18 and had masturbated to the images of children of that age in sexual situations.

On December 11, 2013, Special Agent and Forensic Examiner Robert E. Nelson recovered over 30 images which he believed to be visual depictions of minors engaged in sexually explicit conduct to include the following videos that were recovered from the Seagate 1 TB Portable hard drive Serial Number 2GH5WMGT found in the room identified as Robert MULLEN's bedroom.

Your Affiant provides the following descriptions of the videos recovered from the seized media based upon your Affiant's review of the evidence.

**Videos Recovered from the Seagate 1 TB Portable hard drive Serial Number 2GH5WMGT found in Robert MULLEN's Bedroom.**

File Name: **daddy's girl - 12y sweety ptsc, pt, hussyfan, liluplanet, r.mpg**

File Path: K:\MY STORY\Folder Lock\MPG\daddy's girl - 12y sweety ptsc, pt, hussyfan, liluplanet, r.mpg

Creation Date: Tue-Aug 14-2012 6:31:15 PM

**Description**: This video is 2 minutes, 34 seconds long and begins a blue screen with the words "little sweety gives head" in white lettering. The video, depicts a nude female, approximately 10 to 13 years old removing the penis of a male from underneath a pair of female panties that the male is wearing. The female places the penis in her right hand and begins licking and sucking the penis. The camera moves to various angles showing the

5

female licking and sucking on the male's penis. At the end of the video, the female moves and exposes a frontal view of her nude body.

**File Name: !! new pthc sdpa private pics 13 yo daughter bianca homemade 03(2)(2).jpg**

File Path: K:\MY STORY\Folder Lock\Pics\!! new pthc sdpa private pics 13 yo daughter bianca homemade 03(2)(2).jpg

Creation Date: Tue-Aug 14-2012 5:49:03 PM

**Description**: The image depicts a still photograph of a female in the early stages of puberty, approximately 11 to 14 years old. The female is lying on her back with her legs spread displaying her vaginal area as the focal point of the image. The female is lying on what looks to be a bed covered with a red sheet and wood paneling in the background. The female has minimal pubic hair growth. The female is not wearing any clothing, but one breast is covered by her hair.

**File Name: Newer New Pedo Ptsc Preteen 9Yo Tori Lsm, Bd-Company, Lso, Ls Island, Kdquality, Hussyfan, Kiddy 0144.jpg**

File Path: K:\MY STORY\Folder Lock\Pics\Newer New Pedo Ptsc Preteen 9Yo Tori Lsm, Bd-Company, Lso, Ls Island, Kdquality, Hussyfan, Kiddy 0144.jpg

Creation Date: Tue-Aug 14-2012 5:49:33 PM

**Description**: The image depicts a still photograph of a female in the early stages of puberty, approximately 9 to 12 years old. The female is nude, lying on her back with her legs spread displaying her vaginal area as the focal point of the image. The female is lying on what looks to be a bed covered in a flower patterned sheet. The female is using her right hand to squeeze her right nipple. The girl's head is lying on a pillow covered in a pillow case with a cartoon image on it and is surrounded by multiple stuffed animals.

**File Name: NEWER_new_pedo_ptsc_preteen_9yo_Tori_lsm__bd-company__lso__ls_island__kdquality__hussyfan__kiddy_005_1_[1].jpg**

File Path: K:\MY STORY\Folder Lock\Pics\NEWER_new_pedo_ptsc_preteen_9yo_Tori_lsm__bd-company__lso__ls_island__kdquality__hussyfan__kiddy_005_1_[1].jpg

Creation Date: Tue-Aug 14-2012 5:49:35 PM

**Description**: The image depicts a still photograph of a female in the early stages of puberty, approximately 9 to 12 years old. The female is nude, lying on her back with her legs spread displaying her vaginal area as the focal point of the image. The female is lying on what looks to be a bed covered in a flower patterned sheet. The female is both

6

hands to spread open her vaginal area. The girl's head is lying on a pillow covered in a pillow case with a cartoon image.

**File Name: Real Private Daughter (Cd Found On Landfill) Stolen Pedo Lolita Pthc Hussyfan Preteen Nude (12-13Y) 52.jpg**

File Path: K:\MY STORY\Folder Lock\Pics\Real Private Daughter (Cd Found On Landfill) Stolen Pedo Lolita Pthc Hussyfan Preteen Nude (12-13Y) 52.jpg

Creation Date: Tue-Aug 14-2012 5:49:45 PM

**Description**: The image depicts a still photograph of a female in the early stages of puberty, approximately 11 to 14 years old. The female looks to be standing or kneeling while the photo was taken from an upward angle with the focal point of the image being the female's vaginal area and breasts. The female is nude standing in front of a white wall and ceiling. The female's left breast is partially covered by her hair.

### Interstate Nexus

To operate a P2P file sharing program like ARES a user must access the internet. Use of the Internet constitutes "in or affecting interstate commerce" for the purposes of receipt and possession of visual depictions of minors engaged in sexually explicit conduct in violation of 18 USC Sections 2252 (a)(2) and 2252 (a)(4)(B). See *United States v. Swenson*, 335 Fed. Appx. 751 (10th Cir. 2009).

Finally, the Seagate 1 TB Portable hard drive Serial Number 2GH5WMGT located within MULLEN's bedroom was produced in the country of Thailand. Thus, your Affiant believes that because the images were produced using materials which had been mailed, shipped or transported in interstate and foreign commerce, therefore interstate nexus is satisfied for possession of visual depictions of minors engaged in sexually explicit conduct in violation of 18 USC Section 2252 (a)(4)(B).

### Conclusion

Based upon the foregoing information contained in this affidavit, your Affiant has probable cause to believe that during a period ranging from approximately August 12, 2013 to December 11, 2013, Robert MULLEN received and possessed visual depictions of minors, to include prepubescent children, engaged in sexually explicit conduct in violation of Title 18, United States Code, Section 2252(a)(2) and 2252 (a)(4)(B). Therefore your Affiant respectfully request this court issue a criminal complaint and arrest warrant in this matter.

Prosecution of MULLEN was approved by Assistant United States Attorney Carson-McNabb.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

FURTHER AFFIANT SAYETH NOT.

_____
Eric C. Bonza
Special Agent
Department of Homeland Security
Homeland Security Investigations

Subscribed and sworn before me this 16 day of December 2013 at 2:15 PM hours.

_____
Honorable Karen B. Molzen
United States Magistrate Judge

8